No. 501, Misc.  SHELTON *v.* WRIGHT, U. S. DISTRICT JUDGE.  Motion for leave to file petition for writ of mandamus denied.  Petitioner *pro se.*  *Solicitor General Sobeloff* for respondent.

No. 760, Misc.  SMITH *v.* CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA, ET AL.; and

No. 781, Misc.  EX PARTE DURKIN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 858.  FEDERAL TRADE COMMISSION *v.* NATIONAL LEAD CO. ET AL.  C. A. 7th Cir.  Certiorari granted. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles H. Weston, Earl W. Kintner* and *Robert B. Dawkins* for petitioner.  *John B. Henrich, Jr.* for the National Lead Co., *Robert A. Sturges* for the Sherwin-Williams Co., *Richard Serviss* for the Eagle-Picher Co. et al., respondents; and *Thomas J. McDowell* and *Nathan S. Blumberg* were of counsel.

No. 863.  LIBSON SHOPS, INC. *v.* KOEHLER, DISTRICT DIRECTOR OF INTERNAL REVENUE.  C. A. 8th Cir.  Certiorari granted.  *Henry C. Lowenhaupt* and *Abraham Lowenhaupt* for petitioner.  *Solicitor General Sobeloff, Assistant Attorney General Rice, Hilbert P. Zarky* and *Harry Baum* for respondent.

No. 893.  THEARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari granted.  Petitioner *pro se.*  *Solicitor General Sobeloff* and *Melvin Richter* for the United States.